Exhibit B

12

The Commonwealth of Massachusetts
DEPARTMENT OF PUBLIC HEALTH
REGISTRY OF VITAL RECORDS AND STATISTICS
**CERTIFICATE OF MARRIAGE**

| | | (State file number) |
|---|---|---|
| | | Lawrence |
| | | (City or town making return) |

Registered No. 69

1 Place of Marriage
City or Town (Do not enter name of village or section of city or town) **Lawrence**

2 Date of Marriage **January 30, 2017** (Month) (Day) (Year)

Intention No. 54

| 3 FULL NAME PARTY A | 11 FULL NAME PARTY B |
|---|---|
| Alexis Odalis Espinal | Dayanara Sanchez |
| 3A SURNAME AFTER MARRIAGE Espinal | 11A SURNAME AFTER MARRIAGE Sanchez |
| 4 DATE OF BIRTH June 12, 1975 | 5 OCCUPATION Barber | 12 DATE OF BIRTH Feb. 16, 1975 | 13 OCCUPATION Homemaker |
| 6 RESIDENCE NO. & ST. 125 Lexington St. CITY/TOWN Lawrence ST. MA ZIP CODE 01841 | 14 RESIDENCE NO. & ST. 125 Lexington St. CITY/TOWN Lawrence ST. MA ZIP CODE 01841 |
| 7 NUMBER OF MARRIAGE (1st, 2nd, 3rd, etc.) 1st | 7A WIDOWED OR DIVORCED | 15 NUMBER OF MARRIAGE (1st, 2nd, 3rd, etc.) 1st | 15A WIDOWED OR DIVORCED |
| 8 BIRTHPLACE Bani (City or town) Dom. Rep. (State or country) | 16 BIRTHPLACE Santiago (City or town) Dom. Rep. (State or country) |
| 9 NAME OF MOTHER/PARENT Eva De La Rosa Lara/Lara | 17 NAME OF MOTHER/PARENT Josefina Perez/Perez |
| 10 NAME OF FATHER/PARENT Wilfredo Odali Espinal/Espinal | 18 NAME OF FATHER/PARENT Felix A. Sanchez/Sanchez |

19 THE INTENTION OF MARRIAGE by the above-mentioned persons was duly entered by me in the records of the Community of **Lawrence** (Name of Community) according to law, this **23rd** day of **Jan.** 2017

☐ COURT WAIVER Issued **Jan. 27, 2017** (Month) (Day) (Year) by _____ (City or Town Clerk or Registrar)
☐ AGE ORDER

20 I HEREBY CERTIFY that I solemnized the marriage of the above-named persons at No. **50** **Cross** St. (If marriage was solemnized in a church, give its NAME instead of street and number)
**Lawrence** (Name of city or town) on **January** **30** **2017** (Month) (Day) (Year)

Signature _Isabel Melendez_ **Justice of The Peace** (Member of the Clergy, Priest, Rabbi, Imam, or Justice of the Peace, etc.)
**Isabel Melendez** (Print or type name)

Address **64 Oregon Ave.** **Lawrence**

21 Certificate recorded by city or town clerk **February 2, 2017** (Month) (Day) (Year) CLERK OR REGISTRAR

22 PARTY A SEX: ☒MALE ☐FEMALE    23 PARTY B SEX: ☐MALE ☒FEMALE

A TRUE COPY
ATTEST

_William J Maloney_
City Clerk